[No. 72116-0-I.   Division One.   July 6, 2015.]

POST-CONFIRMATION COMMITTEE OF PIERCE COUNTY HOUSING AUTHORITY, *Appellant*, v. PIERCE COUNTY, *Respondent*.

*Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Appelwick and Dwyer, JJ.

[No. 72256-5-I.   Division One.   July 6, 2015.]

ROBERT NORTHUP, *Respondent*, v. THE DEPARTMENT OF CORRECTIONS, *Appellant*.

*Reversed* and *remanded with instructions* by unpublished opinion per Dwyer, J., concurred in by Spearman, C.J., and Appelwick, J.

[No. 41866-5-II.   Division Two.   July 7, 2015.]

EDWARD H. PIETZ, *Respondent*, v. ROBERT T. FIREBAUGH, *Appellant*.

*Affirmed* by unpublished opinion per Maxa, J., concurred in by Worswick and Lee, JJ.

[Nos. 45478-5-II; 45645-1-II;   Division Two.   July 7, 2015.]
    45778-4-II.

EDERI HAGGENMILLER, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

*Affirmed* by unpublished opinion per Sutton, J., concurred in by Bjorgen, A.C.J., and Worswick, J.